# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

160149

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CODY LAWRENCE WILLETT,
       Defendant-Appellant.
_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160149
COA: 348942
Kent CC: 18-002163-FH

On order of the Court, the application for leave to appeal the July 9, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk

a0122